UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA M. WELK,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. CV-12-0507-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 18. Attorney Paul L. Clark represents Plaintiff; Special Assistant United States Attorney Thomas M. Elsberry represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 3. After considering the file, and proposed order,

**IT IS ORDERED:**

1.  The parties' Stipulated Motion For Remand, **ECF No. 18**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall: (1) provide Plaintiff with an opportunity for a new hearing, including the opportunity to testify and submit additional evidence and argument, and enter a new decision; (2) address the

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

severity of Plaintiff's migraine headaches and other impairments at step two; (3) further evaluate Plaintiff's mental impairments pursuant to the special technique in 20 C.F.R. § 404.1520a; (4) obtain medical expert testimony regarding the nature and severity of Plaintiff's mental and physical impairments and the limitations that could reasonably result from her combined impairments; (5) reassess Plaintiff's maximum residual functional capacity in accordance with Social Security Ruling (SSR) 96-8p, and in so doing, further evaluate the medical and other opinion evidence, including the opinions of John Robinson, Ph.D., (Exhibit 19F) and the Veteran's Administration rating decision (Exhibit 19E) in accordance with 20 C.F.R. § 404.1527 and SSRs 96-2p, 96-5p, 96-6p and 06-03p; and (6) if the sequential evaluation process proceeds beyond step three, reevaluate steps four and five of the sequential evaluation with the assistance of a vocational expert (VE).

    2.    Judgment shall be entered for **PLAINTIFF**.

    3.    Plaintiff's Motion for Summary Judgment, **ECF No. 12**, is **STRICKEN AS MOOT**.

    4.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED December 16, 2013.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2